**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**
**No. 5:26-cv-00654-BO-KS**

| | |
|---|---|
| Howard Lattimore and Carolyn Lattimore,<br><br>Plaintiffs,<br><br>v.<br><br>Leaf Home Safety Solutions, LLC,<br><br>Defendant. | **ORDER GRANTING CONSENT MOTION TO REMAND** |

This matter is before the Court on the consent motion of Defendant Leaf Home Safety Solutions, LLC to remand this removed action to the Cumberland County Superior Court. For the reasons set forth in the motion, and in light of the consent of the parties, this Court GRANTS the motion and REMANDS this matter to the Cumberland County Superior Court. IT IS SO ORDERED.

October 28, 2026

Terrence Boyle
TERRENCE W. BOYLE
United States District Judge